**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

PASCUAL ARENALES,

              Plaintiff,

    -against-

Index No.: 09-3350

SPOTLESS CAR WASH AND QUICK

LUBE CO. INC. and

ANNA MARIA OPPEDISANO,

              Defendants.

## REQUEST FOR ADJOURNMENT

    PLEASE BE ADVISED that upon the consent of both the attorneys for the Plaintiff, Kraselnik & Lee, PLLC, and the attorneys for Defendants, Anile Forcina & Maimone, P.C., the Initial Conference scheduled for Tuesday, December 1, 2009 at 10:30 a.m. has been adjourned.

    The parties, by their attorneys, consent to adjourn the matter to either December 29, January 5, or January 12, depending upon the Court's convenience.

    The reason for the adjournment is that the parties are attempting to resolve the action in an amicable manner without judicial intervention.

*Eli F*

Elio Forcina
Anile Forcina & Maimone, P.C.
*Attorneys for Defendants*
148-29 Cross Island Pkwy.
Whitestone, NY 11357
Tel: (718) 357-1216
Fax: (718) 357-1219

Request Granted   *12/29 at 11:30*

Conference Adjourned to _____

*Cheryl Pollak*

SO ORDERED U.S. Magistrate Judge
           *11/30/09*