US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 12/29/09

TIME SPENT: _____

DOCKET NO. 09 CV 3350

CASE: Arenales v Spotless Car Wash

✓ INITIAL CONFERENCE           ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE       ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE      ___ TELEPHONE CONFERENCE
___ MOTION HEARING             ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

___ COMPLETED                  1/29 DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

**RULINGS:**

Mandatory disclosures due 1/29
Doc. requests and interrogs to be
exchanged by 2/19
Responses 3/19

Conference 3/22 at 11:00